IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UPHEALTH HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11476 (LSS)<br><br>(Jointly Administered) |
| GLOCAL HEALTHCARE SYSTEMS PRIVATE LIMITED, et al.,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>UPHEALTH HOLDINGS, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | Adversary Case No. 24-50092 (LSS) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Zoom Status Conference [Adv. Docket No. 202]**

Dated: July 14, 2025

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Randy Lowry
　　　　　　　　　　　　　　　　　　Omni Agent Solutions, Inc.
　　　　　　　　　　　　　　　　　　5955 De Soto Avenue, Suite 100
{State of California　　　}　　　　Woodland Hills, CA 91367
{　　　　　　　　　　　　} ss.　　818-906-8300
{County of Los Angeles　}
Subscribed and sworn to (or affirmed) before me on this 14th day of July 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

_Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: UpHealth Holdings, Inc. (6328); Thrasys, Inc. (7413); Comprehensive Care Alliance LLC (6965); Behavioral Health Services LLC (8110); BHS Pharmacy LLC (2475); Psych Care Consultants LLC (8822); and Reimbursement Solutions LLC (6388). The Debtors' headquarters and the mailing address for the Debtors is 14000 S. Military Trail Suite 202, Delray Beach, FL 33484.

# **<u>EXHIBIT A</u>**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Counsel to the Debtors' ad hoc group of noteholders | Akin Gump Strauss Hauer & Feld LLP | Attn: Arik Preis/Anna Kordas<br>1 Bryant Park<br>New York, NY 10036 | apreis@akingump.com;<br>akordas@akingump.com | Email |
| *NOA - Counsel to Certain 2025 Noteholders | Akin Gump Strauss Hauer & Feld LLP | Attn: Arik Preis/Anna Kordas<br>1 Bryant Park<br>New York, NY 10036 | apreis@akingump.com;<br>akordas@akingump.com | Email |
| *NOA - Counsel for PillDrill, Inc. | Ashby & Geddes, P.A. | Attn: Ricardo Palacio<br>Attn: F. Troupe Mickler IV<br>500 Delaware Ave, 8th Fl<br>Wilmington, DE 19801 | rpalacio@ashbygeddes.com;<br>tmickler@ashbygeddes.com | Email |
| *NOA - Counsel for The Bank of New York Mellon Trust Company, N.A., as Trustee | Carter Ledyard & Milburn LLP | Attn: James Gadsden<br>28 Liberty St, 41st Fl<br>New York, NY 10005 | bankruptcy@clm.com | Email |
| Counsel to the Debtors' ad hoc group of noteholders | Cole Schotz P.C. | Attn: Justin Alberto<br>500 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | jalberto@coleschotz.com | Email |
| *NOA - Counsel to Certain 2025 Noteholders | Cole Schotz P.C. | Attn: Justin Alberto<br>500 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | jalberto@coleschotz.com | Email |
| United States Attorney's Office for the District of Delaware | Delaware Department of Justice | Carvel State Building<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Faegre Drinker Biddle & Reath LLP | Attn: Brett D Fallon<br>Attn: Jaclyn C Marasco<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | brett.fallon@faegredrinker.com;<br>jaclyn.marasco@faegredrinker.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Goodwin Procter LLP | Attn: Howard S Steel<br>Attn: Stacy Dasaro<br>Attn: Barry Z Bazian<br>Attn: James Lathrop<br>The New York Times Bldg<br>620 Eighth Ave<br>New York, NY 10018 | hsteel@goodwinlaw.com;<br>sdasaro@goodwinlaw.com;<br>bbazian@goodwinlaw.com;<br>jlathrop@goodwinlaw.com | Email |
| *NOA - Counsel for PillDrill, Inc. | Grellas Shah LLP | Attn: Dhaivat Shah, Esq.<br>Attn: David Siegel, Esq.<br>20400 Stevens Creek Blvd., Ste 280<br>Cupertino, CA 95014 | ds@grellas.com;<br>dsiegel@grellas.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel for SureLink Technology Services | Jack Shrum, P.A. | Attn: "J" Jackson Shrum<br>919 N Market St, Ste 1410<br>Wilmington, DE 19801 | jshrum@jshrumlaw.com | Email |
| *NOA - Counsel for Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the California Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Office of the United States Trustee for Region 3 | Office of The United States Trustee | Nix Federal Bldg<br>900 Market St, Rm 229<br>Philadelphia, PA 19107-4228 | Timothy.Fox@usdoj.gov | Email |
| *NOA - Counsel for the United States on behalf of IRS | Olga Tobin | U.S. Department of Justice<br>PO Box 227<br>Washington, D.C. 20044 | Olga.L.Tobin@usdoj.gov | Email |
| *NOA - Counsel to Glocal Healthcare Systems Private Limited, Dr. Syed Sabahat Azim, Ms. Richa Sana Azim, Mr. Guatam Chowdhury, and Kimberlite Social Infra | Paul Hastings LLP | Attn: Alex Cota<br>Attn: Sam Lawand<br>Attn: Xue Yu<br>200 Park Ave<br>New York, NY 10166 | alexcota@paulhastings.com;<br>samlawand@paulhastings.com;<br>xueyu@paulhastings.com | Email |
| *NOA - Counsel to Glocal Healthcare Systems Private Limited, Dr. Syed Sabahat Azim, Ms. Richa Sana Azim, Mr. Guatam Chowdhury, and Kimberlite Social Infra | Paul Hastings LLP | Attn: Conrad Coutinho<br>Attn: Marijana Kralt<br>Attn: Brian Kay<br>600 Travis St, Fl 58<br>Houston, TX 77002 | conradcoutinho@paulhastings.com;<br>marikralt@paulhastings.com;<br>briankay@paulhastings.com | Email |
| *NOA - Counsel to Glocal Healthcare Systems Private Limited, Dr. Syed Sabahat Azim, Ms. Richa Sana Azim, Mr. Guatam Chowdhury, and Kimberlite Social Infra | Paul Hastings LLP | Attn: Paul Genender<br>Attn: Jake Rutherford<br>2001 Ross Ave, Ste 700-168<br>Dallas, TX 75201 | paulgenender@paulhastings.com;<br>jakerutherford@paulhastings.com | Email |
| *NOA - Counsel for Needham & Company, LLC | Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M Troop<br>Attn: Edward Flanders<br>Attn: Jay D Dealy<br>31 West 52nd Street<br>New York, NY 10019 | andrew.troop@pillsburylaw.com;<br>edward.flanders@pillsburylaw.com;<br>jay.dealy@pillsburylaw.com;<br>andrew.alfano@pillsburylaw.com | Email |
| *NOA - Counsel for Wilmington Trust, National Association | Reed Smith LLP | Attn: Jason D Angelo<br>1201 Market St, Ste 1500<br>Wilmington, DE 19801-1163 | jangelo@reedsmith.com | Email |
| *NOA - Counsel for Needham & Company, LLC | Richards, Layton & Finger, PA | Attn: Daniel DeFranceschi<br>Attn: Zachary Javorsky/Cory Kandestin<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | defranceschi@rlf.com;<br>kandestin@rlf.com;<br>javorsky@rlf.com | Email |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | First Class Mail |
| *NOA - Counsel for the State of Michigan, Department of Treasury | State of Michigan - Department of Treasury | Attn: Jeanmarie Miller<br>Cadillac Place Bldg<br>3030 W Grand Blvd, Ste 10-200<br>Detroit, MI 48202 | millerj51@michigan.gov | Email |
| United States Trustee for the District of Delaware | United States Trustee for the District of Delaware | 844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | | First Class Mail |
| Counsel to Wilmington Trust, National Association, as trustee | Wilmington Trust, National Association | c/o Reed Smith LLP<br>Attn: Kurt F Gwynne<br>Attn: Jason D Angelo<br>1201 Market St, Ste 1500<br>Wilmington, DE 19801-1163 | kgwynne@reedsmith.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel to Glocal Healthcare Systems Private Limited, Dr. Syed Sabahat Azim, Ms. Richa Sana Azim, Mr. Guatam Chowdhury, and Kimberlite Social Infra | Young Conaway Stargatt & Taylor LLP | Attn: Matthew Lunn<br>Attn: Robert Poppiti, Jr.<br>1000 N King St<br>Wilmington, DE 19801 | mlunn@ycst.com;<br>rpoppiti@ycst.com | Email |

UPHEALTH HOLDINGS, INC., et al. (Case No. 23-11476)

## **EXHIBIT B**

**Exhibit B**
Service List

| Name | Email | Attention | Method of Service |
|---|---|---|---|
| Akerman LLP | brian.lemon@akerman.com | Brian R. Lemon | Email |
| Akin Gump Strauss Hauer & Feld LLP | apreis@akingump.com | Arik Preis (admitted pro hac vice) | Email |
| Akin Gump Strauss Hauer & Feld LLP | akordas@akingump.com | Anna Kordas (admitted pro hac vice) | Email |
| Cole Schotz P.C. | jalberto@coleschotz.com | Justin R. Alberto (#5126) | Email |
| Croke Fairchild Duarte & Beres LLC | avaught@crokefairchild.com | Adam Vaught | Email |
| Faegre Drinker Biddle & Reath LLP | brett.fallon@faegredrinker.com | Brett D. Fallon (No. 2480) | Email |
| Faegre Drinker Biddle & Reath LLP | jaclyn.marasco@faegredrinker.com | Jaclyn C. Marasco (No. 6477) | Email |
| Gellert Seitz Busenkell & Brown LLC | mbusenkell@gsbblaw.com | Michael Busenkell (DE 3933) | Email |
| Goodwin Procter LLP | hsteel@goodwinlaw.com | Howard S. Steel (admitted pro hac vice) | Email |
| Goodwin Procter LLP | sdasaro@goodwinlaw.com | Stacy Dasaro (admitted pro hac vice) | Email |
| Goodwin Procter LLP | jlathrop@goodwinlaw.com | James Lathrop (DE Bar No. 6492) | Email |
| Hunton Andrews Kurth LLP | jharbour@huntonAK.com | Jason W. Harbour (#4176) | Email |
| Hunton Andrews Kurth LLP | probson@huntonAK.com | Patrick L. Robson (pro hac vice motion forthcoming) | Email |
| Hunton Andrews Kurth LLP | sostrower@huntonAK.com | Silvia N. Ostrower (pro hac vice motion forthcoming) | Email |
| Jenner & Block LLP | wthomson@jenner.com | Wade A Thomson | Email |
| Jenner & Block LLP | aalsarraf@jenner.com | Ali Ibrahim Alsarraf | Email |
| Jenner & Block LLP | AKastanek@jenner.com | Andrianna Deanne Kastanek | Email |
| Jenner & Block LLP | KBeale@jenner.com | Kenneth Beale | Email |
| Latham & Watkins LLP | amy.quartarolo@lw.com | Amy C. Quartarolo | Email |
| Latham & Watkins LLP | joe.teresi@lw.com | Joseph Teresi | Email |
| Morris, Nichols, Arsht, & Tunnell LLP | dculver@mnat.com | Donna L. Culver | Email |
| Paul Hastings LLP | paulgenender@paulhastings.com | Paul R. Genender (admitted pro hac vice) | Email |
| Paul Hastings LLP | jakerutherford@paulhastings.com | Jake Rutherford (admitted pro hac vice) | Email |
| Paul Hastings LLP | conradcoutinho@paulhastings.com | Conrad Coutinho (admitted pro hac vice) | Email |
| Paul Hastings LLP | briankay@paulhastings.com | Brian Kay (admitted pro hac vice) | Email |
| Paul Hastings LLP | alexcota@paulhastings.com | Alex Cota (admitted pro hac vice) | Email |
| Paul Hastings LLP | samlawand@paulhastings.com | Sam Lawand (admitted pro hac vice) | Email |
| Paul Hastings LLP | xueyu@paulhastings.com | Xue Yu (admitted pro hac vice) | Email |
| Quinn Emanuel Urquhart & Sullivan LLP | michaelcarlinsky@quinnemanuel.com | Michael B. Carlinsky | Email |
| Quinn Emanuel Urquhart & Sullivan LLP | jamestecce@quinnemanuel.com | James C. Tecce | Email |
| Quinn Emanuel Urquhart & Sullivan LLP | maxwellhawley@quinnemanuel.com | Maxwell R. Hawley | Email |
| Quinn Emanuel Urquhart & Sullivan LLP | linzhu@quinnemanuel.com | H. Lin Zhu | Email |
| Quinn Emanuel Urquhart & Sullivan LLP | michaelbarlow@quinnemanuel.com | Michael A. Barlow | Email |
| Quinn Emanuel Urquhart & Sullivan LLP | haydendriscoll@quinnemanuel.com | Hayden J. Driscoll | Email |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com | Matthew B. Lunn (No. 4119) | Email |
| Young Conaway Stargatt & Taylor, LLP | rpoppiti@ycst.com | Robert F. Poppiti, Jr. (No. 5052) | Email |