**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UPHEALTH HOLDINGS, INC., et al., | Case No. 23-11476 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| GLOCAL HEALTHCARE SYSTEMS PRIVATE LIMITED, et al., | Adversary Case No. 24-50092 (LSS) |
| Plaintiffs, | |
| v. | |
| UPHEALTH HOLDINGS, INC., et al., | |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**STATUS CONFERENCE ON AUGUST 6, 2025 AT 2:00 P.M. (ET)**

> **This Status Conference will be conducted in hybrid format, both in-person and via ZoomGov.  To attend the Status Conference via ZoomGov, please register using the eCourtAppearance tool or on the Court's website at www.deb.uscourts.gov.**
>
> **\*The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the status conference unless otherwise noted.\***
>
> **After the deadline has passed, an electronic invitation with the relevant audio or video link will be emailed to registrants.**

---

[1] The debtors ("Debtors") in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  UpHealth Holdings, Inc. (6328); Thrasys, Inc. (7413); Comprehensive Care Alliance LLC (6965); Behavioral Health Services LLC (8110); BHS Pharmacy LLC (2475); Psych Care Consultants LLC (8822); and Reimbursement Solutions LLC (6388). Debtors' headquarters and the mailing address is 14000 S. Military Trail, Suite 202, Delray Beach, Florida 33484.

**MATTERS GOING FORWARD AS A STATUS CONFERENCE:**

1. Motion of the Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and its Affiliated Debtors on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief [D.I. 1061; filed 10/25/2024] (the "Solicitation Motion").

    **Related Documents:**

    A. Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and its Affiliated Debtors [D.I. 1060; filed 10/25/2024].

    B. Notice of Rescheduled Hearing [D.I. 1105; filed 11/21/2024].

    C. Notice of Filing of Amended Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and Its Affiliated Debtors [D.I. 1140; filed 12/13/2024].

    D. Amended Notice of Filing of Amended Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and Its Affiliated Debtors [D.I. 1141; filed 12/13/2024.

    E. Notice of Filing Revised Solicitation Order [D.I. 1159; filed 12/19/2024].

    F. Notice of Filing of Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and Its Affiliated Debtors [D.I. 1160; filed 12/19/2024].

    G. Notice of Filing of Solicitation Version of the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and Its Affiliated Debtors [D.I. 1196; filed 01/03/2025].

    H. Declaration of Jay Jennings in Support of Confirmation of the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and Its Affiliated Debtors [D.I. 1248; filed 01/26/2025].

    I. Declaration of Christopher Goff in Support of Confirmation of the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and its Affiliated Debtors [D.I. 1249; filed 01/26/2025].

    J. Declaration of Joshua Nahas of Dundon Advisers, LLC in Support of the Confirmation of the Second Amended Combined Disclosure Statement and Joint

|     | |
| --- | --- |
|     | Chapter 11 Pan of UpHealth Holdings, Inc. and Its Affiliated Debtor [D.I. 1252; filed 01/27/2025]. |
| K.  | Notice of Filing of Plan Supplement to the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and its Affiliated Debtors [D.I. 1253; filed 01/27/2025]. |
| L.  | Combined Notice of (1) Extended Voting Deadline; and (2) Rescheduled Hearing on (A) Confirmation and Final Approval of the Combined Disclosure Statement and Plan and (B) the Motion to Convert Filed by the Glocal Parties [D.I. 1271; filed 02/06/2025]. |
| M.  | Notice of Further Extension of Voting Deadline Regarding Confirmation and Final Approval of the Combined Disclosure Statement and Plan [D.I. 1279.; filed 02/13/2025]. |
| N.  | Third Notice Extending Voting Deadline Regarding Confirmation and Final Approval of the Combined Disclosure Statement and Plan [D.I. 1285; filed 02/26/2025]. |
| O.  | Fourth Notice Extending Voting Deadline Regarding Confirmation and Final Approval of the Combined Disclosure Statement and Plan D.I. 1293; filed 03/12/2025]. |
| P.  | Fifth Notice Extending Voting Deadline Regarding Confirmation and Final Approval of the Combined Disclosure Statement and Plan [D.I. 1324;filed 03/19/2025]. |
| Q.  | Notice of Filing of First Amended Plan Supplement to the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and its Affiliated Debtors [D.I. 1334; filed 03/21/2025]. |

**Responses Received:**

| | |
| --- | --- |
| A. | Objection of Dr. Chirinjeev Kathuria to Motion Of Debtors For Entry Of An Order (I) Approving Combined Disclosure Statement And Joint Chapter 11 Plan Of UpHealth Holdings, Inc. And Its Affiliated Debtors On An Interim Basis For Solicitation Purposes Only; (II) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Combined Disclosure Statement And Plan; (III) Approving Form Of Ballot And Solicitation Packages (IV) Establishing Voting Record Date; (V) Scheduling A Combined Hearing For Final Approval Of Adequacy Of Disclosures In, And Confirmation Of, Combined Disclosure Statement And Plan; And (VI) Granting Related Relief [D.I. 1076; filed 11/08/2024]. |
| B. | Objection of Glocal Parties to the Motion of the Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and its Affiliated Debtors on an Interim Basis for |

|   |   |
|---|---|
|   | Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief [D.I. 1077; filed 11/11/2024]. |
| C. | Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of an Order Approving the Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and Its Affiliated Debtors on an Interim Basis for Solicitation Purposes Only and Granting Related Relief [D.I. 1079; filed 11/12/2024]. |
| D. | Omnibus Reply in Support of Motion of the Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and Its Affiliated Debtors on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief [D.I. 1148; filed 12/17/2024]. |
| E. | Supplemental Objection of Glocal Parties to the Motion of the Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Joint Chapter 11 Plan of UpHealth Holdings, Inc. and its Affiliated Debtors on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief [D.I. 1150; filed 12/18/2024]. |
| F. | Notice of Filing of Exhibit B to Omnibus Reply [D.I. 1151; filed 12/18/2024]. |
| G. | Notice of Withdrawal of Objection of the Official Committee of Unsecured Creditors [D.I. 1154; filed 12/18/2024]. |
| H. | Needham's Objection to Confirmation of the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan [D.I. 1267; filed 02/03/2025]. |

**Status:**  This matter will be going forward as a status conference.

2.     [SEALED] Motion of Glocal Parties to Convert these Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 1256; Filed 1/28/2025].

    **Related Documents:**

    A.     [SEALED] Declaration of Jake Rutherford in Support of Motion of Glocal Parties to Convert these Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [D.I. 1257; Filed 1/28/25].

    B.     Combined Notice of (1) Extended Voting Deadline; and (2) Rescheduled Hearing on (A) Confirmation and Final Approval of the Combined Disclosure Statement and Plan and (B) the Motion to Convert Filed by the Glocal Parties [D.I. 1271; filed 02/06/2025].

    **Responses Received:** None.

    **Status:** This matter will be going forward as a status conference.

3.     Paul Hastings LLP's Motion for Leave to Withdraw as Counsel for the Glocal Parties [D.I. 1434; filed 07/25/2025].

    **Objection Deadline:** August 1, 2025 at 4:00 p.m. (ET)

    **Related Documents:**

    A.     Omnibus Notice of Hearing on Motions to Withdraw as Counsel [D.I. 1442; filed 07/29/2025].

    B.     Notice of Appearance and Substitution of Counsel [D.I. 1464; filed 08/01/2025].

    C.     Notice of Withdrawal of Docket Nos. 1434 & 1435 and Adv. Docket Nos. 205 & 206 [D.I. 1465; filed 08/01/2025].

    **Responses Received:** None.

    **Status:** This matter to be discussed at the status conference.

4.     Young Conaway Stargatt & Taylor, LLP's Motion for Leave to Withdraw as Counsel for the Glocal Parties [D.I. 1435; filed 07/25/2025].

    **Objection Deadline:** August 1, 2025 at 4:00 p.m. (ET)

    **Related Documents:**

    A.     Omnibus Notice of Hearing on Motions to Withdraw as Counsel [D.I. 1442; filed 07/29/2025].

    B.     Notice of Appearance and Substitution of Counsel [D.I. 1464; filed 08/01/2025].

C.  Notice of Withdrawal of Docket Nos. 1434 & 1435 and Adv. Docket Nos. 205 & 206 [D.I. 1465; filed 08/01/2025].

**Responses Received:** None.

**Status:** This matter to be discussed at the status conference.

### ADV. PROC. NO. 24-50092 (LSS) - GLOCAL HEALTHCARE SYSTEMS PRIVATE LIMITED *ET AL.*, V. UPHEALTH HOLDINGS, INC., *ET AL.*

### MATTERS GOING FORWARD AS A STATUS CONFERENCE

5. Certification of Counsel Regarding Stipulation by and Among Defendants and Plaintiffs to Participate in Mediation [Adv. D.I. 92; filed 10/08/2024].

   **Related Documents:**

   A.  Order Approving Stipulation by and Among Defendants and Plaintiffs to Participate in Mediation [Adv. D.I. 99; filed 10/15/2024].

   B.  Mediation Status Report/Certification [Adv. D.I. 201; filed 06/30/2025].

   **Responses Received:** N/A

   **Status:** This matter will be going forward as a status conference.

6. Paul Hastings LLP's Motion for Leave to Withdraw as Counsel for the Glocal Parties [Adv. D.I. 205; filed 07/25/2025].

   **Objection Deadline:** August 1, 2025 at 4:00 p.m. (ET)

   **Related Documents:**

   A.  Omnibus Notice of Hearing on Motions to Withdraw as Counsel [Adv. D.I. 213; filed 07/29/2025].

   B.  Notice of Appearance and Substitution of Counsel [Adv. D.I. 221; filed 08/01/2025].

   C.  Notice of Withdrawal of Docket Nos. 1434 & 1435 and Adv. Docket Nos. 205 & 206 [Adv. D.I. 223; filed 08/01/2025].

   **Responses Received:** None.

   **Status:** This matter to be discussed at the status conference.

7.  Young Conaway Stargatt & Taylor, LLP's Motion for Leave to Withdraw as Counsel for the Glocal Parties [Adv. D.I. 206; filed 07/25/2025].

    **Objection Deadline:** August 1, 2025 at 4:00 p.m. (ET)

    **Related Documents:**

    A.  Omnibus Notice of Hearing on Motions to Withdraw as Counsel [Adv. D.I. 213; filed 07/29/2025].

    B.  Notice of Appearance and Substitution of Counsel [Adv. D.I. 221; filed 08/01/2025].

    C.  Notice of Withdrawal of Docket Nos. 1434 & 1435 and Adv. Docket Nos. 205 & 206 [Adv. D.I. 223; filed 08/01/2025].

    **Responses Received:** None.

    **Status:** This matter to be discussed at the status conference.

    [*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 4, 2025<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br> /s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>Richard A. Chesley, Esq. (admitted *pro hac vice*)<br>Jamila Justine Willis, Esq. (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: richard.chesley@us.dlapiper.com<br>           jamila.willis@us.dlapiper.com<br><br>- and -<br><br>Melanie E. Walker (admitted *pro hac vice*)<br>Emma C. Peplow (admitted *pro hac vice*)<br>2000 Avenue of the Stars, Suite 400 North Tower<br>Los Angeles, California 90067<br>Telephone: (310) 595-3000<br>Facsimile: (310) 595-3300<br>Email: melanie.walker@us.dlapiper.com<br>           emma.peplow@us.dlapiper.com<br><br>*Counsel to Defendants UpHealth Holdings, Inc., UpHealth, Inc., Moshe Bar-Siman-Tov, Raluca Dinu, Gil Frostig, Avi Katz, John Mikulsky, Neil Miotto, Agnes Rey-Giraud, and Brad Weightman* |