**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UPHEALTH HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11476 (LSS)<br><br>(Joint Administered) |
| GLOCAL HEALTHCARE SYSTEMS PRIVATE LIMITED, DR. SYED SABAHAT AZIM, MS. RICHA SANA AZIM, MR. GAUTAM CHOWDHURY, AND KIMBERLITE SOCIAL INFRA PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>UPHEALTH HOLDINGS, INC., UPHEALTH, INC., MOSHE BAR-SIMAN-TOV, RAMESH BALAKRISHNAN, MARTIN BECK, RALUCA DINU, GIL FROSTIG, AVI KATZ, CHIRINJEEV KATHURIA, NATHAN LOCKE, JOHN MIKULSKY, NEIL MIOTTO, MARIYA PYLYPIV, AGNES REY-GIRAUD, JEROME RINGO AND BRAD WEIGHTMAN,<br><br>Defendants. | Adv. Pro. No. 24-50092 (LSS) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ P. 41(a)(l), the Liquidating Trustee of the Liquidating Trust of UpHealth Holdings, Inc., *et al.*, as assignee[2] of the claims

---

[1] The debtors ("Debtors") in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: UpHealth Holdings, Inc. (6328); Thrasys, Inc. (7413); Comprehensive Care Alliance LLC (6965); Behavioral Health Services LLC (8110); BHS Pharmacy LLC (2475); Psych Care Consultants LLC (8822); and Reimbursement Solutions LLC (6388). Debtors' headquarters and the mailing address was 14000 S. Military Trail, Suite 202, Delray Beach, Florida 33484.

[2] Pursuant to the confirmation order [Docket No. 1553] confirming the *Modified Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan* (the "Confirmed Plan") [Docket No. 1553-1], which incorporated the terms of a settlement agreement and mutual release between the Plaintiffs and the Debtors that was attached as Exhibit B to the Confirmed Plan (the "Glocal Settlement"), the Plaintiffs' claims in this

asserted in the above-captioned adversary proceeding on behalf of Plaintiffs Global Healthcare Systems Private Limited, Dr. Syed Sabahat Azim, Ms. Richa Sana Azim, Mr. Gautam Chowdhury, and Kimberlite Social Infra Private Limited ("Plaintiffs"), and Defendant Ramesh Balakrishnan hereby stipulate and agree that the above-captioned action[3] is dismissed with prejudice, solely as to Defendant Ramesh Balakrishnan, with each party to bear his or their own fees, costs and disbursements.


PORZIO, BROMBERG & NEWMAN, P.C.

*/s/ Cheryl A. Santaniello*
Cheryl A. Santaniello (No. 5062)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 526-1235
Email: casantaniello@pbnlaw.com

- and -

Brett S. Moore
Kimberly N. Pageau
1675 Broadway
New York, NY 10019
Telephone: (973) 889-4006
Email: bsmoore@pbnlaw.com
knpageau@pbnlaw.com

*Attorneys for Joshua Nahas, the Liquidating Trustee*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: dculver@morrisnichols.com
dabbott@morrisnichols.com

- and -

LATHAM & WATKINS LLP
Amy C. Quartarolo
Joseph Teresi
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Email: amy.quartarolo@lw.com
joe.teresi@lw.com

*Attorneys for Defendant Ramesh Balakrishnan*


October 17, 2025

Adversary Proceeding that were not released pursuant to the Glocal Settlement were assigned to the Liquidating Trust.

[3] For the avoidance of doubt, this Stipulation of Dismissal is solely with respect to the claims that were asserted against Defendant Ramesh Balakrishnan in the above-captioned adversary proceeding, and not with respect to any other claims that are or may asserted against Defendant Ramesh Balakrishnan by the Liquidating Trustee, including, but not limited to, those claims pending in Adv. Pro. No. 25-52355 (LSS).